UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA CYNTHIA ADAMS,

    Plaintiff,

v.       Case No. 6:22-cv-1143-RBD-DCI

THE WHITE HOUSE; STEVE BANNON; ANDREW BADOLATO; BRIAN KOLFAGE; and TIMOTHY SHEA,

    Defendants.
_____

## ORDER

Before the Court is U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation, submitting that the Court should dismiss Plaintiff's Complaint and close the file for lack of subject matter jurisdiction and failure to either pay the filing fee or move to proceed *in forma pauperis*. (Doc. 2 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 2) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 27, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Jessica Cynthia Adams